# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:18-cr-329 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| TEQUAN RUSHTON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Superseding Violation Report was filed in this case on September 30, 2024.[1] The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on September 4, 2025.[2] The defendant admitted to the following violations:

1. Illicit Substance Use;
2. Treatment Noncompliance;
3. Unauthorized Travel; and
4. Attempted Burglary (Violation Conduct).

The magistrate judge filed a report and recommendation on September 4, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated

---

[1] Supplemental reports were filed on October 24, 2024, August 27, 2025, and September 11, 2025.
[2] The government moved to dismiss Violation 5, and the motion was granted by the Court.

the conditions of his supervised release as set forth in violation numbers 1, 2, 3 and 4.

A final supervised release violation hearing was conducted on September 17, 2025. Present were the following: Assistant United States Attorney Scott Zarzycki, representing the United States; Federal Public Defender, Attorney Alvaro L. DeCola, representing the defendant; the defendant Tequan Rushton, and United States Probation Officer Ashley Frank.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3 and 4.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 15 months. The defendant is to receive credit for time served to date. Following imprisonment, the defendant is to be placed on supervised release for a period of 21 months, with the same terms and conditions as previously imposed and with the following additional condition:

**Location Monitoring Program**: You shall participate in the location monitoring program for a period of 120 days utilizing location monitoring technology at the discretion of the officer and shall abide by all technology requirements. You are restricted to your residence at all times except for employment; education; religious activities, medical, substance abuse, or mental health treatment; attorney visits, court appearances; court-ordered obligations; or other essential activities as approved by the U.S. Pretrial Services and Probation Officer. You shall follow all the program rules and pay all or part of the costs of participation in the location monitoring program as directed by the court and/or

officer. Location monitoring shall commence no later than 10 business days following defendant's release from custody.

**Reentry Program:** The Court recommends, upon defendant's release from custody, that the defendant be considered for the reentry program in the Northern District of Ohio.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: September 17, 2025

                                                  **HONORABLE SARA LIOI**
                                                  **CHIEF JUDGE**
                                                  **UNITED STATES DISTRICT COURT**